UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT,<br><br>Plaintiff,<br><br>v.<br><br>DARA KHOSROWSHAHI, et al.,<br><br>Defendants. | Case No.  26-cv-06155-LJC<br><br>*Also filed in MDL No. 23-md-3084-CRB*<br><br>**SUA SPONTE REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

This shareholder derivative case rests in part on allegations related to Uber's handling of the risk of sexual assault of passengers and lawsuits arising from such assaults.  The Court therefore refers this case to Judge Breyer sua sponte under Civil Local Rule 3-12(c) to determine whether it is related to the multidistrict litigation *In re Uber Technologies Inc. Sexual Assault Litigation*, 23-md-3084.  Any party may file a response in the MDL docket supporting or opposing finding the cases related no later than four days from the date of this Order.  *See* Civ. L.R. 3-12(c), 3-12(e), 7-11(b).

**IT IS SO ORDERED.**

Dated: June 26, 2026

LISA J. CISNEROS
United States Magistrate Judge